JS-6

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JAMES W. FRAZER, an individual,

Case No. 8:13-cv-00164-JVS-MLG

12 | Plaintiff,

13 | vs.

~~[PROPOSED]~~ **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

14 | JOHN HANCOCK LIFE
INSURANCE, COMPANY (USA), a
15 | Michigan corporation, and DOES 1
through 20, inclusive,

[FRCP 41(a)]

16

17 | Defendants.

Complaint Filed: December 24, 2012

18
19
20
21
22
23
24
25
26
27
28

i:\office\10199\038\13pleadings\order of dismissal.doc

1

## [PROPOSED] ORDER

2

3         Pursuant to the stipulation of the parties, the above-entitled action is hereby

4     dismissed with prejudice in its entirety as to all defendants.  Each party shall bear his

5     or its own attorneys' fees and costs.

6

7     IT IS SO ORDERED.

8

9     DATED:  __March 18, 2013__

10    United States District Court Judge for
      the Central District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-

**PROOF OF SERVICE**

**(James W. Frazer v. John Hancock Life Insurance Company (USA))**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47ᵗʰ Floor, Los Angeles, California 90071-2043.

On **March 14, 2013**, I served the foregoing document(s) described as **[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [FRCP 41(a)]** on the interested parties in this action by placing [ ] the original **[X]** a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

> **Douglas B. Kerr, Esq.**
> **Law Offices of Douglas B. Kerr**
> **62 Racing Wind, Suite B**
> **Irvine, CA 927614**
> **Telephone: (949) 954-0414**
> **Facsimile: (714) 200-0123**
> *Attorney for Plaintiff James W. Frazer*

**[X] BY MAIL**

> **[X]** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[X] (FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **March 14, 2013**.

NAME: _Patricia Bronstrup_            _(Signature)_

i:\office\10199\038\13pleadings\pos - federal.doc

CAPTION 30-2012-00620368-CU-BC-CJC