JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. FRAZER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN HANCOCK LIFE INSURANCE, COMPANY (USA), a Michigan corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:13-cv-00164-JVS-MLG<br><br>[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>[FRCP 41(a)]<br><br>Complaint Filed: December 24, 2012 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10199\038\13pleadings\order of dismissal.doc

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice in its entirety as to all defendants. Each party shall bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: March 18, 2013

*[signature]*
United States District Court Judge for
the Central District of California

# PROOF OF SERVICE
## (James W. Frazer v. John Hancock Life Insurance Company (USA))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

    On **March 14, 2013**, I served the foregoing document(s) described as **[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [FRCP 41(a)]** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

>   **Douglas B. Kerr, Esq.**
>   **Law Offices of Douglas B. Kerr**
>   **62 Racing Wind, Suite B**
>   **Irvine, CA 927614**
>   **Telephone: (949) 954-0414**
>   **Facsimile:  (714) 200-0123**
>   *Attorney for Plaintiff James W. Frazer*

**[X] BY MAIL**

    [X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **(FEDERAL)**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **March 14, 2013**.

NAME:   Patricia Bronstrup                         *(Signature)*

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10199\038\13pleadings\pos - federal.doc

CAPTION  30-2012-00620368-CU-BC-CJC